# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127797

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

LARRY LEE JOHNSON,
　　　　Defendant-Appellant.

SC: 127797
COA: 256346
Oakland CC: 03-189310-FH

_____/

　　　　On order of the Court, the application for leave to appeal the December 27, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

d1121